```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 36841
   KENNETH A LARTEY
   AMANDA LARTEY                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

           Debtor
   SSN XXX-XX-0432    SSN XXX-XX-8510


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/05/04 and confirmed on 12/03/04.

     2.  The case was converted to Chapter 7 after confirmation, 10/05/2007.

     3.  The Debtor paid a total of $  78352.99 .

     4.  The Trustee made disbursements to creditors as follows:


-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG     49747.00            .00        49747.00
WASHINGTON MUTUAL BANK     MORTGAGE ARRE      4596.40            .00         2405.45
CONSUMERS COOP CU          SECURED           11408.21            .00        11408.21
CONSUMERS COOP CU          SECURED           14500.00         1480.59        7141.24
ROUNDUP FUNDING LLC        UNSECURED          8401.79            .00            .00
CAPITAL ONE FINANCIAL      UNSECURED         NOT FILED           .00            .00
CENTEGRA NORTHERN ILLINO   UNSECURED         NOT FILED           .00            .00
COMED                      UNSECURED         NOT FILED           .00            .00
CONSUMERS COOP CU          UNSECURED          3599.81            .00            .00
JENSEN DISPOSAL            UNSECURED         NOT FILED           .00            .00
MHS PHYSICIAN SERVICES     UNSECURED         NOT FILED           .00            .00
ROCKFORD MERCANTILE AGEN   UNSECURED           400.00            .00            .00
B FIRST LLC                UNSECURED          1717.07            .00            .00
WELL CARE NEONATOLOGISTS   UNSECURED         NOT FILED           .00            .00
CONSUMERS COOP CU          UNSECURED            48.35            .00            .00
           Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  80251.61        .00     14167.02          .00        94418.63
PRINCIPAL PAID      70701.90        .00         .00           .00        70701.90
INTEREST PAID        1480.59        .00         .00           .00         1480.59
TOTAL PAID          72182.49        .00         .00           .00        72182.49
The Debtor's attorney, KENNETH S BORCIA & ASSOC        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $   3070.50 .

Refunds to the Debtor totaled $     400.00 .

     Wherefore, the Trustee requests an order be entered discharging
```

```
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 01/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 04 B 36841 KENNETH A LARTEY & AMANDA LARTEY
```